**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPROXIMATELY 3,972,017 PAXOS STANDARD TOKENS SEIZED FROM PAXOS TRUST COMPANY,**<br><br>**Defendant.**<br><br>**WINTERMUTE TRADING LIMITED,**<br><br>**Claimant.** | **Civil Action No. 1:23-CV-00339** |

**VERIFIED CLAIM OF WINTERMUTE TRADING LIMITED**

Wintermute Trading Limited ("Wintermute") by its undersigned representative, hereby makes claim as the owner of property alleged to be subject to forfeiture in this case. Specifically, Wintermute makes this claim as owner of 3,972,017 Paxos Standard Tokens (“PAX”), a digital currency backed by the U.S. dollar, which Paxos Trust Company (“Paxos”), a U.S. based virtual currency exchange, transferred to law enforcement custody pursuant to a seizure warrant dated October 22, 2022. Wintermute was the victim of the unauthorized procurement and transfer of USD 162,928,438 million (based on pricing as of 20th September 2022) in various digital assets, including 3,972,017 PAX tokens, (“Stolen Assets”) from its virtual currency wallet. Through publicly available blockchain data the PAX tokens and other Stolen Assets can be traced back to Wintermute as the owner.

Wintermute is a private limited liability company incorporated in England and Wales. Its registered address is the 3rd Floor, 1 Ashley Road, Ashley Road, Altrincham, England, WA14 2DT. The company was incorporated on the 25th of July 2017, and its registered Companies House number is 10883530. Wintermute is a proprietary trading firm focused on algorithmic trading of digital assets. It conducts its activities on centralized trading venues as well as directly on blockchain.

On 20th September 2022, Wintermute was the victim of the unauthorized procurement and transfer of the Stolen Assets from one of Wintermute's digital currency wallets ("Compromised Wallet"). This theft was perpetrated by a hacker who procured unauthorized access to Wintermute's digital currency wallet by compromising one of Wintermute's private keys (the "Private Key"). The hacker obtained the Private Key by exploiting the software used to generate the key. The exploited software was open-source software, a vanity address generator called "Profanity" (https://github.com/johguse/profanity).

The hacker then used the Private Key to initiate unauthorized function calls that resulted in all Stolen Assets being transferred out of Wintermute's Compromised Wallet. The 3,972,017 PAX tokens, along with the other Stolen Assets, were moved from the Compromised Wallet to certain unhosted wallets controlled by the hacker as outlined below. To Wintermute's knowledge, the identity of the hacker is unknown.

On 20th September 2022 the hacker gained access to Wintermute's Compromised Wallet via the Private Key. On the same day, starting at 05:03:35 UTC and continuing until 05:46:59 UTC, the hacker initiated withdrawals of the Stolen Assets from the Compromised Wallet without Wintermute's authorization and sent the Stolen Assets to an unhosted wallet Contract Address 0x0248f752802b2cfb4373cc0c3bc3964429385c26 | Etherscan. ("TA Wallet A"). The majority of

the Exploited Assets (USD162,736,443 equivalent) were then sent to this wallet https://etherscan.io/address/0xe74b28c2eae8679e3ccc3a94d5d0de83ccb84705#tokentxns ("TA Wallet B"). There exists a relationship between TA Wallet A and B where TA Wallet B created TA Wallet A. These transactions resulted in the theft of USD 162,928,438 million (based on pricing as of 20th September 2022) worth of various tokens from Wintermute's Compromised Wallet. The majority of the Stolen Assets (approximate value $114,421,610.43) were sent from TA Wallet B to Curve (https://curve.fi/) liquidity pool (transaction details: https://etherscan.io/tx/0xd7bf7b67e0d0095b7eb1813a4a60c129b45694374bf996f9ecc249d07efbcd02), where they are currently sitting. The 3,972,017 PAX tokens were moved to TA Wallet A and then to TA Wallet B where they were subsequently frozen by Paxos as set forth below.

The PAX token is a U.S. dollar backed stablecoin and it is centrally managed by Paxos, a U.S. based virtual currency exchange. Paxos is the token manager (*i.e.,* owns the smart contract) and also acts as the treasury for PAX (*i.e.,* the entity responsible for keeping the U.S. dollar reserve funds that back PAX).

In its role as token manager and treasury for PAX, Paxos is capable of modifying the smart contract for PAX such that it can freeze PAX held in an unhosted wallet address. Paxos can burn (*i.e.*, render unusable) PAX tokens that have been frozen in connection with criminal activity and re-issue the same amount of PAX tokens that have been burned to a wallet address in law enforcement's control. On or about September 23, 2022 Paxos froze 3,972,017 PAX tokens which represents the portion of the Stolen Assets comprised of PAX tokens. On or about November 17, 2022 Paxos transferred approximately 3,972,017 PAX tokens to law enforcement custody.

I declare under penalty of perjury, on behalf of Wintermute Trading Limited and as provided by 28 U.S.C. § 1746, that Wintermute Trading Limited is the owner of the property listed above.

Respectfully submitted,

WINTERMUTE TRADING LIMITED

Dated: 30th March 2023

By: ______________________
MARINA GUREVICH

Title: Director

COUNSEL FOR CLAIMANT:

*/s/ David B. Smith*
David B. Smith
DC Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Counsel for Claimant*
*Wintermute Trading Limited*

## Certificate of Service

I hereby certify that on the 31st day of March, 2023, I electronically filed the foregoing verified claim with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

AUSA Pravallika Palacharla
Office of the United States Attorney
601 D Street, N.W.
Washington, D.C. 20001
pravallika.palacharla@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*/s/ David B. Smith*
David B. Smith
DC Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Counsel for Claimant*
*Wintermute Trading Limited*