**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPROXIMATELY 3,972,017 PAXOS STANDARD TOKENS SEIZED FROM PAXOS TRUST COMPANY**<br><br>**Defendant.** | ) | **Civil Action No. 23-cv-339** |

**DECLARATION IN SUPPORT OF DEFAULT**

Pravallika Palacharla, Assistant United States Attorney for the District of Columbia, hereby requests a clerk's entry of default in this case – as to all potential claimants other than Wintermute Trading Limited ("Wintermute") – for the following reasons:

On or about February 7, 2023, the United States filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the District of Columbia against the above-named property, "Approximately 3,972,017 Paxos Standard Tokens Seized from Paxos Trust Company" ("Defendant Funds"). See Complaint, ECF 1.

On or about November 17, 2022, a duly authorized agent of the Federal Bureau of Investigation took possession and custody of the Defendant Funds pursuant to a seizure order authorizing said seizure, dated October 25, 2022.

On or about March 2, 2023, the United States caused Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture to be sent by electronic mail to potential claimant Wintermute, through its attorney at the following email address: Morgan.Dann@wintermute.com.

On or about March 31, 2023, Claimant Wintermute filed a timely and valid Verified Claim to Defendant Funds Seized for Forfeiture.

Beginning on or about March 3, 2023, and continuing through on or about April 1, 2023, the United States posted notice of this civil forfeiture action on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Under Supplemental Rule 5G(5)(a)(ii)(B), the claim filing deadline for any claimant who did not receive direct notice of the filing of the complaint was May 2, 2023.

To date, no person or entity, other than Claimant Wintermute, has filed a claim to the Defendant Funds or an answer in this action.

The time for any person or entity, other than Claimant Wintermute, to file a claim has expired.

Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." For the foregoing reasons, the Plaintiff United States of America requests that the Clerk of the Court enter default as to all potential claimants in the world other than Wintermute.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6th, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

*/s/ Pravallika Palacharla*
Pravallika Palacharla, Illinois Bar No. 6313672
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Telephone: 202-252-7829
pravallika.palacharla@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPROXIMATELY 3,972,017 PAXOS STANDARD TOKENS SEIZED FROM PAXOS TRUST COMPANY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 23-cv-339** |

**IT IS HEREBY CERTIFIED** that:

I, Pravallika Palacharla, am a citizen of the United States and am at least eighteen years of age. My business address is 601 D Street, N.W., Washington D.C. 20530.

I am not a party to the above-titled action. I have caused service of **DECLARATION OF DEFAULT AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO ALL POTENTIAL CLAIMANTS EXCEPT WINTERMUTE TRADING LIMITED** on the following by Federal Express:

David Benjamin Smith, Esq
108 North Alfred Street, 1st Floor
Alexandria, VA 22314

The above is the last known address of counsel of Wintermute Trading Limited. I understand that Federal Express provides delivery service to this address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6th, 2023.

*/s/ Pravallika Palacharla*
Pravallika Palacharla