**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPROXIMATELY 3,972,017 PAXOS STANDARD TOKENS SEIZED FROM PAXOS TRUST COMPANY**<br><br>**Defendant.** | ) | **Civil Action No. 23-cv-339** |

**UNITED STATES' MOTION FOR ENTRY OF PARTIAL DEFAULT JUDGMENT FORFEITING THE POTENTIAL INTERESTS OF ALL PERSONS AND ENTITIES IN THE WORLD AS TO THE DEFENDANT FUNDS OTHER THAN THE INTERESTS OF CLAIMANT WINTERMUTE TRADING LIMITED**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves for entry of a partial order for default judgment forfeiting the potential interests of all persons and entities in the world as to the defendant funds other than the interests of Claimant Wintermute Trading Limited ("Wintermute"), in accordance with Rule 55 of the Federal Rules of Civil Procedure, and on the grounds set forth in the Verified Complaint for Forfeiture *in rem*, which was filed on February 7, 2023. See Complaint, ECF 1.

1. No potential claimants, other than Claimant Wintermute, have claimed an interest or otherwise defended the action and the time for doing so has expired. Accordingly, on July 11, 2023, the Clerk of the Court entered Default. See ECF 11. Now, the United States seeks to resolve a portion of this litigation by moving for entry of a partial order for default judgment forfeiting the potential interests of all persons and entities in the world as to the defendant funds other than the interests of Claimant Wintermute. As grounds for its Motion, the United States cites 18 U.S.C.

§981(a)(1)(C), 28 U.S.C. §2461(c), Fed. R. Civ. P. 55 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

2. A Proposed Order accompanies this Motion, as does a Memorandum of Law in support of it.

3. Pursuant to Local Civil Rule 7(m), the government conferred with counsel for Wintermute, which consents to the entry of this partial order for default judgment.

WHEREFORE, the Government respectfully requests that the Court grant this Motion and to enter the attached proposed Order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: *<u>/s/ Pravallika Palacharla</u>*
Pravallika Palacharla, Illinois Bar No. 6313672
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Telephone: 202-252-7829 (Palacharla)
pravallika.palacharla@usdoj.gov

*<u>/s/ Christopher Brown</u>*
Christopher B. Brown, D.C. Bar Number 1008763
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Telephone: 202-252-7153
Christopher.Brown8@usdoj.gov