**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPROXIMATELY 3,972,017 PAXOS STANDARD TOKENS SEIZED FROM PAXOS TRUST COMPANY**<br><br>**Defendant.** | ) | **Civil Action No. 23-cv-339** |

**DEFAULT JUDGMENT**

This matter comes before the Court upon the United States' Motion for Entry of Partial Default Judgment Forfeiting the Potential Interests of All Persons and Entities in the World as to the Defendant Funds Other Than the Interests of Claimant Wintermute Trading Limited, as well as the Memorandum of Law submitted in support of it.

The Court has carefully reviewed the history of this case, which is a civil forfeiture action *in rem* against the defendant property consisting of approximately 3,972,017 Paxos Standard Tokens (the "Defendant Funds"), which law enforcement seized on or about November 17, 2022.

The Verified Complaint alleges that the Defendant Funds are subject to forfeiture pursuant to 18 U.S.C. §981(a)(1)(C), as property constituting or derived from proceeds traceable to wire fraud, in violation of 18 U.S.C.§1343, and access device fraud in violation of 18 U.S.C. §1029.

On February 7, 2023, the United States commenced this forfeiture action against the Defendant Funds by filing a Verified Complaint for Forfeiture *In Rem*. *See* Complaint, ECF 1. On March 2, 2023, the United States sent direct notice, including a Notice of Forfeiture Action letter and a copy of the Verified Complaint, to all known potential claimants, that is, Claimant

Wintermute Trading Limited. A verified claim by the known potential claimants had to be filed within 35 days from the day of service of direct notice. The last date to file a claim based on direct noticed was April 6, 2023.

The United States also provided adequate notification of this civil forfeiture action by publication pursuant to Rule G(4)(a)(iv) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Specifically, the Court finds that on March 3, 2023, the United States commenced notification of this forfeiture action on an internet site, http://www.forfeiture.gov, for 30 consecutive days. See ECF 9. Thus, any verified claim in response to notice by publication other than from someone who received direct notice had to be filed no later than May 2, 2023.

On March 31, 2023, Wintermute Trading Limited filed a verified claim as the owner of the Defendant Funds. See ECF 6.

No other person or entity filed a verified claim as to the Defendant Funds, or otherwise attempt to enter this case, and the time for filing a claim has expired. See Supplemental Rule G(5)(a)(ii).

Based on the United States' well-pleaded allegations in its Verified Complaint for Forfeiture *In Rem,* the Court finds that the Defendant Funds constitute or were derived from proceeds traceable to violations of wire fraud, in violation of 18 U.S.C.§ 1343, and access device fraud in violation of 18 U.S.C. § 1029. As such, the Defendant Funds are subject to forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C).

The Court concludes that the Verified Complaint for Forfeiture *In Rem* states a factual and legal basis for forfeiture. In addition, the Court also finds that process was fully issued in this

action with respect to the Defendant Funds and returned according to law. In addition, no opposition has been made to the United States' Motion for Entry of a Default Judgment.

Based upon the foregoing and the entire record in this action, the Court concludes that the United States is entitled to a default judgment forfeiting the interests of all potential claimants in the world, other than Claimant Wintermute Trading Limited, as to the Defendant Funds pursuant to Fed. R. Civ. P. 55. This Case shall remain pending, however, to resolve the respective interests of the United States and Wintermute in the Defendant Funds.

Accordingly, it is by the Court on this _____ day of August, 2023, hereby

**ORDERED**, that the United States' Motion for Entry of Partial Default Judgment Forfeiting the Potential Interests of All Persons and Entities in the World as to the Defendant Funds Other Than the Interests of Claimant Wintermute Trading Limited is **GRANTED**; and it is further

**ORDERED, ADJUDGED, AND DECREED**, that the potential interests of any and all persons and entities in the world as to the Defendant Funds, other than the interests of Claimant Wintermute Trading Limited, are **HEREBY DECLARED FORFEITED TO THE UNITED STATES OF AMERICA**,

**ORDERED**, that the Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

**IT IS SO ORDERED.**

Dated this ______ day of August, 2023.

_______________________________
BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA