AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FILED
FEB 13 2024
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

United States Of America )
)
v. ) Civil Action No. 23-339 (BAH)
)
Approximately 3,972,017 Paxos Standard Tokens Seized From Paxos Trust Company )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: The Court ORDERS that the Clerk of Court enter final Judgment of Forfeiture awarding all right, title, and interest in the Defendant Funds, Approximately 3,972,017 PAX tokens seized from Paxos Trust Company, to Claimant Wintermute Trading Company Limited.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge BERYL A. HOWELL on a motion for Entry of Judgment Awarding all Right, Title, and Interest in the Defendant Funds to Sole Claimant Wintermute Trading Company Limited.

Date: 02/13/2024

*ANGELA D. CAESAR, CLERK OF COURT*

Mark Coates

*Signature of Clerk or Deputy Clerk*